IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

GENOVIS AB and HANSA MEDICAL AB,

    Plaintiffs,

    v.

PROMEGA CORPORATION,

    Defendant.

ORDER APPOINTING
NEUTRAL EXPERT

15-cv-206-wmc
_____

The court has designated P. Patrick Cleary, Ph.D., Emeritus Professor of the Department of Microbiology and Immunology of the University of Minnesota, as the court-appointed, neutral expert in this case. Attached to this order is a copy of the engagement letter, which will be sent today and obligates the parties to be responsible for his fees and costs in this matter.

As noted in earlier correspondence, Professor Cleary has already been provided expert reports by the court. Any additional materials will also be provided *through* the court. In that respect, the parties may propose other materials to be provided to Professor Cleary for review in advance of the July 1, 2016, hearing, including deposition transcripts excerpts or other materials from the deposition of those same experts for possible review by Professor Cleary. The court will preview and then forward those materials it deems sufficiently material to the issues on which he may be asked to opine. The court will *not* forward affidavits or other out-of-court statements, other than the actual reports of designated testifying experts or their previous sworn deposition testimony.

Entered this 9th day of June, 2016.

BY THE COURT:
/s/
William M. Conley
District Judge